B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**C & F Auto, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1443998** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21780 Gillette Road**<br>**Watertown, NY**<br>ZIP Code **13601** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **C & F Auto, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**C & F Auto, Inc.** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David P. Antonucci**
Signature of Attorney for Debtor(s)

**David P. Antonucci 101041**
Printed Name of Attorney for Debtor(s)

**Antonucci Law Firm**
Firm Name

**The Bonadio Building**
**12 Public Square**
**Watertown, NY 13601**

Address

**(315) 788-7300  Fax: (315) 788-1643**
Telephone Number

**September 4, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Minhinnett**
Signature of Authorized Individual

**Charles Minhinnett**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 4, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re **C & F Auto, Inc.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Beebee Island Industries, Ltd DBA Standard Auto Parts 233 Mill Street Watertown, NY 13601** | **Beebee Island Industries, Ltd DBA Standard Auto Parts 233 Mill Street Watertown, NY 13601** | **Auto Parts** | | **9,111.53** |
| **Carbone Auto Grouop 5700 Horatio Street Utica, NY 13501** | **Carbone Auto Grouop 5700 Horatio Street Utica, NY 13501** | **Parts** | | **33,875.25** |
| **Carbone Automotive Group LLC 5700 Horatio Street Utica, NY 13501** | **Carbone Automotive Group LLC 5700 Horatio Street Utica, NY 13501** | **Judgment** | | **45,392.73**<br><br>**(0.00 secured)** |
| **Chrysler Business Vehicle Finance P.O. Box 1334 Roanoke, TX 76262** | **Chrysler Business Vehicle Finance P.O. Box 1334 Roanoke, TX 76262** | **Dodge Viper Car** | | **27,658.10** |
| **Commissioner of Labor NYS Department of Labor PO Box 15122 Albany, NY 12212** | **Commissioner of Labor NYS Department of Labor PO Box 15122 Albany, NY 12212** | **File No.: 2006-00009943, 2007-00001007, 2007-00004316, 2008-00005294** | | **9,035.25**<br><br>**(0.00 secured)** |
| **Commissioner of Taxation & Finance Civil Enforcement - Syracsue DO 333 E Washington Street Syracuse, NY 13202** | **Commissioner of Taxation & Finance Civil Enforcement - Syracsue DO 333 E Washington Street Syracuse, NY 13202** | **File No.: 2008-00009058, 2006-00015123, 2006-00010405, 2006-00018667, 2007-00022376, 2009-00001802, 2009-00001803, 2009-00001804, 2009-00006288** | | **470,952.57**<br><br>**(0.00 secured)** |
| **Department of the Treasury Internal Revenue Service** | **Department of the Treasury Internal Revenue Service** | **File No.: 2008-00004444, 2009-00004852, 2009-00002365, 2009-00004846** | | **412,187.65**<br><br>**(0.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **C & F Auto, Inc.**            Case No.

                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FX Caprara Dodge<br>44170 NYS RT 12<br>Alexandria Bay, NY 13607 | FX Caprara Dodge<br>44170 NYS RT 12<br>Alexandria Bay, NY 13607 | Parts | | 10,102.86 |
| GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | 2004 Chevrolet Tow Truck | | 19,125.41<br><br>(0.00 secured) |
| H.E. Heath Electrical LLC<br>29701 Martin Road<br>Evans Mills, NY 13637 | H.E. Heath Electrical LLC<br>29701 Martin Road<br>Evans Mills, NY 13637 | Judgment | | 40,732.93<br><br>(0.00 secured) |
| Jefferson County Tax<br>175 Arsenal Street<br>Watertown, NY 13601 | Jefferson County Tax<br>175 Arsenal Street<br>Watertown, NY 13601 | County Taxes owed | | 48,522.76 |
| Kimbers<br>115 N Geddes St<br>Syracuse, NY 13204 | Kimbers<br>115 N Geddes St<br>Syracuse, NY 13204 | Paint Material | | 27,641.62 |
| Manufacturers and Traders Trust Company<br>101 S Salina Street<br>Syracuse, NY 13202 | Manufacturers and Traders Trust Company<br>101 S Salina Street<br>Syracuse, NY 13202 | Judgment | | 77,765.70<br><br>(0.00 secured) |
| N.Y.S. Workers Comp. Board | N.Y.S. Workers Comp. Board | Workers Compensation | | 40,000.00 |
| National Grid<br>300 Erie Blvd<br>Syracuse, NY 13252 | National Grid<br>300 Erie Blvd<br>Syracuse, NY 13252 | Utility Bill - 4778/4776 Salina Street, Villlage of Pulaski 13142 | | 11,525.20 |
| NY Business Development Corp<br>P.O. Box 738<br>Albany, NY 12201-0738 | NY Business Development Corp<br>P.O. Box 738<br>Albany, NY 12201-0738 | 4776 Salina Street, Village of Pulaski, New York 13142 Parcel No.: 059.16-05-17.1<br>Body Shop/Warehouse | | 396,091.93<br><br>(235,556.00 secured) |
| NYS Assessment Receivables<br>P.O. Box 4127<br>Binghamton, NY 13902-4127 | NYS Assessment Receivables<br>P.O. Box 4127<br>Binghamton, NY 13902-4127 | Sales Tax Installment Payment Agreement | | 157,773.78 |
| PPG Automotive Refinish<br>19699 Progress Drive<br>Strongsville, OH 44149 | PPG Automotive Refinish<br>19699 Progress Drive<br>Strongsville, OH 44149 | Body Supplies | | 60,000.00 |
| Snap on Equipment<br>P.O. Box 98850<br>Chicago, IL 60693 | Snap on Equipment<br>P.O. Box 98850<br>Chicago, IL 60693 | Scissors Lift, SS Trnplt, RL BK Kit, Visualiner | | 25,291.38 |

B4 (Official Form 4) (12/07) - Cont.

In re **C & F Auto, Inc.**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Watertown Savings Bank**<br>**111 Clinton Street**<br>**Watertown, NY 13601** | **Watertown Savings Bank**<br>**111 Clinton Street**<br>**Watertown, NY 13601** | **4776 Salina Street, Village of Pulaski, New York 13142**<br>**Parcel No.: 059.16-05-17.1**<br>**Body Shop/Warehouse** | | **74,992.45**<br>**(235,556.00 secured)**<br>**(396,091.93 senior lien)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 4, 2009**      Signature **/s/ Charles Minhinnett**
                                                         **Charles Minhinnett**
                                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re **C & F Auto, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **13,800.00** |
   | Prior to the filing of this statement I have received | $ **13,800.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 4, 2009**

**/s/ David P. Antonucci**  
**David P. Antonucci**  
**Antonucci Law Firm**  
**The Bonadio Building**  
**12 Public Square**  
**Watertown, NY 13601**  
**(315) 788-7300   Fax: (315) 788-1643**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re   **C & F Auto, Inc.**                                        ,

                                    Debtor                Case No.

                                                          Chapter   **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**16-1443998**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **David P. Antonucci**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:  **September 4, 2009**

                                           **/s/ David P. Antonucci**
                                           **David P. Antonucci**
                                           Attorney for Debtor/Petitioner
                                           (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Airgas
226 Murrock Circle
Watertown, NY 13601


Beebee Island Industries, Ltd
DBA Standard Auto Parts
233 Mill Street
Watertown, NY 13601


Carbone Auto Grouop
5700 Horatio Street
Utica, NY 13501


Carbone Automotive Group LLC
5700 Horatio Street
Utica, NY 13501


Charles Minhinnett
21780 Gilllette Road
Watertown, NY 13601


Chrysler Business Vehicle Finance
P.O. Box 1334
Roanoke, TX 76262


Chrysler Financial
P.O. Box 9001921
Louisville, KY 40290


Chrysler Financial
P.O. Box 9001921
Louisville, KY 40290


Chrysler Financial
P.O. Box 9001921
Louisville, KY 40290


Commissioner of Labor
NYS Department of Labor
PO Box 15122
Albany, NY 12212

Commissioner of Taxation & Finance
Civil Enforcement - Syracsue DO
333 E Washington Street
Syracuse, NY 13202

Conboy McKay Bachman & Kendall
407 Sherman Street
Watertown, NY 13601

Department of the Treasury
Internal Revenue Service

Equipment Services Inc.
309 Exchange Ave
Conway, AR 72032

Feher Rubish Removal Inc
P.O. Box 11009
Syracuse, NY 13218

Frances Minhinnett
21780 Gillette Road
Watertown, NY 13601

FX Caprara Dodge
44170 NYS RT 12
Alexandria Bay, NY 13607

FX Caprara VW
Us Route 11
Watertown, NY 13601

Getnick Livingston Atkinson Gigliotti &
258 Genesee Street, Suite 401
Utica, NY 13502

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948


Gray's Flower Shop
1605 State St
Watertown, NY 13601


Groesbeck's Services
8251 Kirkville Rd
Kirkville, NY 13082


H.E. Heath Electrical LLC
29701 Martin Road
Evans Mills, NY 13637


Hoselton Imports Inc.
66 Marsh Rd
East Rochester, NY 14445


Idearc Media LLC
P.O. Box 156269
Fort Worth, TX 76155-1269


Jefferson County Tax
175 Arsenal Street
Watertown, NY 13601


Jefferson County Tax
Delinquent Tax Installment Agreement
175 Arsenal Street
Watertown, NY 13601


Joseph Ellis
HHC 10th MTN DIV
Bldg 4430
Fort Drum, NY 13602


Kimbers
115 N Geddes St
Syracuse, NY 13204


Lost Recovery

Manufacturers and Traders Trust Company
101 S Salina Street
Syracuse, NY 13202


Melvin & Melvin
217 S Salina Street
Syracuse, NY 13202


N.Y.S. Workers Comp. Board


National Grid
300 Erie Blvd
Syracuse, NY 13252


National Grid
300 Erie Blvd
Syracuse, NY 13252


National Grid
300 Erie Blvd
Syracuse, NY 13252


National Grid
300 Erie Blvd
Syracuse, NY 13252


Neopost
30955 Huntwood Ave
Hayward, CA 94544


NY Business Development Corp
P.O. Box 738
Albany, NY 12201-0738


NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY 13902-4127


NYS Deptartment of Taxation & Finance
TSRD-Business Sales Tax Protest Resol
W A Harriman State Campus
Albany, NY 12227-0001

PPG Automotive Refinish
19699 Progress Drive
Strongsville, OH 44149


Progressive Insurance
P.O. Box 13594
Philadelphia, PA 19101-9179


Pulaski Sewer Commission
4917 Jefferson St
Box 227
Pulaski, NY 13142


Receivable Management Services
One Exchange Plaza
55 Broadway Suite 201
New York, NY 10006


Safelite Autoglass
P.O. Box 182840
Columbus, OH 43218-2840


See Progress Inc
5918 Meridian Blvd
Suite 3
Brighton, MI 48116-6563


Snap on Credit
P.O. Box 98850
Chicago, IL 60693


Snap on Equipment
P.O. Box 98850
Chicago, IL 60693


Swartz Law Firm, P.C.
200 Washington Street
Suite 301
Watertown, NY 13601


Travelers Insurance
CL & Specialty Remittance Corp
Hartford, CT 06183-1008

Watertown Savings Bank
111 Clinton Street
Watertown, NY 13601

Watertown Savings Bank
111 Clinton Street
Watertown, NY 13601

Watertown Savings Bank
111 Clinton Street
Watertown, NY 13601

Watertown Savings Bank
111 Clinton Street
Watertown, NY 13601

Windham Professionals
First Cardinall LLC
383 Main Street
Salem, NH 03079